UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JAMES ELMER GROSS, SR. | |
| Plaintiff | Civil Action No. 7: 08-111-KKC |
| V. | |
| UNKNOWN DIRECTOR OF THE BUREAU OF PRISONS, ET AL. | JUDGMENT |
| Defendants | |

\*\*\*\*  \*\*\*\*  \*\*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. The Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE.**

2. Judgment **IS ENTERED** in favor of the Defendants.

3. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

4. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

5. This matter **IS STRICKEN** from the active docket.

Dated this 30th day of May, 2008.



**Signed By:**

*Karen K. Caldwell* KKC

**United States District Judge**